IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **INTERNET MEDIA INTERACTIVE CORP.,** | |
| **Plaintiff,** | |
| v. | Case No.: 1:20-cv-21270-UU |
| **LENNAR CORPORATION,** | |
| **Defendant.** | |

NOTICE OF SETTLEMENT AND
[PROPOSED] ORDER STAYING CASE

Pursuant to S.D. Fla. L.R. 16.4, the parties hereby jointly advise the Court that the above-captioned matter has been resolved, but that an immediate dismissal cannot be filed. The parties, therefore, jointly request that this case be stayed until May 7, 2020, so as to permit the matter to be finally resolved.

Dated: April 17, 2020

Respectfully submitted,

*s/ Timothy J. Haller*
Timothy J. Haller
FL Bar 18595
haller@haller-iplaw.com
HALLER LAW PLLC
230 E Delaware Pl, Ste 5E
Chicago, IL 60611
Phone: (630) 336-4283

***Attorney for Plaintiff,***
***Internet Media Interactive Corp.***

SO ORDERED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE